IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 17-10396TPA |
| | : | |
| MELINDA KAY JURATOVIC, | : | |
|    Debtor | : | HON. THOMAS P. AGRESTI |
| | : | |
| PNC BANK, NATIONAL ASSOCIATION, | : | |
|    Movant, | : | CHAPTER 13 |
| | : | |
|      v. | : | RELATED TO CLAIM NO. 3 |
| | : | |
| MELINDA KAY JURATOVIC; and | : | |
| RONDA J. WINNECOUR, ESQUIRE, | : | |
| CHAPTER 13 TRUSTEE, | : | |
|    Respondents. | : | |

## DECLARATION

I hereby certify as counsel for the Debtor that the existing Chapter 13 Plan is adequately funded and that there is no need to file an amended Chapter 13 Plan.

                                          Respectfully submitted,

                                          QUINN, BUSECK, LEEMHUIS, TOOHEY & KROTO, INC.

BY:   /s/Michael S. JanJanin
        Michael S. Jan Janin, Esquire
        PA Id. No. 38880
        2222 West Grandview Boulevard
        Erie, Pennsylvania 16506-4508
        Telephone: 814-833-2222, Extension 1045
        Direct Dial: 814-314-1051
        Facsimile: 814-833-6753
        E-Mail: mjanjanin@quinnfirm.com
        Counsel for Debtor

#1167053

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 17-10396TPA |
| | : | |
| MELINDA KAY JURATOVIC, | : | |
|    Debtor | : | HON. THOMAS P. AGRESTI |
| | : | |
| PNC BANK, NATIONAL ASSOCIATION, | : | |
|    Movant, | : | CHAPTER 13 |
| | : | |
|        v. | : | RELATED TO CLAIM NO. 3 |
| | : | |
| MELINDA KAY JURATOVIC; and | : | |
| RONDA J. WINNECOUR, ESQUIRE, | : | |
| CHAPTER 13 TRUSTEE, | : | |
|    Respondents. | : | |

**CERTIFICATE OF SERVICE OF DECLARATION**

     I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on October 15, 2018.

     The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: *Electronic Notification via the CM/ECF System.*

     Ronda J. Winnecour, Esquire, Chapter 13 Trustee
     **cmecf@chapter13trusteewdpa.com**

     If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

EXECUTED ON:  October 15, 2018

                                                       Respectfully submitted,

                                                       QUINN, BUSECK, LEEMHUIS, TOOHEY & KROTO, INC.

                                         BY:    /s/Michael S. JanJanin
                                                    Michael S. Jan Janin, Esquire
                                                      PA Id. No. 38880
                                                      2222 West Grandview Boulevard
                                                      Erie, Pennsylvania  16506-4508
                                                      Telephone: 814-833-2222, Extension 1045
                                                     Direct Dial: 814-314-1051
                                                     Facsimile: 814-833-6753
                                                     E-Mail: mjanjanin@quinnfirm.com
                                                     Counsel for Debtor