IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 17-10396TPA |
| | : | |
| MELINDA KAY JURATOVIC, | : | |
|    Debtor. | : | HON. THOMAS P. AGRESTI |
| | : | |
| PNC BANK, | : | |
|    Movant, | : | CHAPTER 13 |
| | : | |
|       v. | : | RELATED TO CLAIM NO. 3 |
| | : | |
| MELINDA KAY JURATOVIC; and RONDA | : | |
| J. WINNECOUR, ESQUIRE, CHAPTER 13 | : | |
| TRUSTEE, | : | |
|    Respondents. | | |

## DECLARATION

I hereby certify as counsel for the Debtor that the existing Chapter 13 Plan is adequately funded and that there is no need to file an amended Chapter 13 Plan.

                                            Respectfully submitted,

                                            QUINN, BUSECK, LEEMHUIS, TOOHEY & KROTO, INC.

BY:    /s/Michael S. JanJanin
         Michael S. Jan Janin, Esquire
         PA Id. No. 38880
         2222 West Grandview Boulevard
         Erie, Pennsylvania 16506-4508
         Telephone: 814-833-2222, Extension 1045
         Direct Dial: 814-314-1051
         Facsimile: 814-833-6753
         E-Mail: mjanjanin@quinnfirm.com
         Counsel for Debtor, Melinda Kay Juratovic

THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 17-10396TPA |
| | : | |
| MELINDA KAY JURATOVIC, | : | |
|    Debtor. | : | HON. THOMAS P. AGRESTI |
| | : | |
| PNC BANK, | : | |
|    Movant, | : | CHAPTER 13 |
| | : | |
|       v. | : | RELATED TO CLAIM NO. 3 |
| | : | |
| MELINDA KAY JURATOVIC; and RONDA J. WINNECOUR, ESQUIRE, CHAPTER 13 TRUSTEE, | : : : | |
|    Respondents. | | |

**CERTIFICATE OF SERVICE OF DECLARATION**

      I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on October 28, 2019.

      The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: *Electronic Notification via the CM/ECF System.*

      Ronda J. Winnecour, Esquire, Chapter 13 Trustee
      **cmecf@chapter13trusteewdpa.com**

      If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

EXECUTED ON: October 28, 2019

                                                  Respectfully submitted,

                                                  QUINN, BUSECK, LEEMHUIS, TOOHEY & KROTO, INC.

                                                  BY:    /s/Michael S. JanJanin
                                                             Michael S. Jan Janin, Esquire
                                                              PA Id. No. 38880
                                                              2222 West Grandview Boulevard
                                                              Erie, Pennsylvania  16506-4508
                                                             Telephone: 814-833-2222, Extension 1045
                                                              Direct Dial: 814-314-1051
                                                              Facsimile: 814-833-6753
                                                               E-Mail: mjanjanin@quinnfirm.com
                                                              Counsel for Debtor, Melinda Kay Juratovic

1251674