IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 17-10396TPA |
| | : | |
| MELINDA KAY JURATOVIC, | : | |
|    Debtor, | : | HON. THOMAS P. AGRESTI |
| | : | |
| PNC BANK, | : | |
|    Movant, | : | CHAPTER 13 |
| | : | |
|       v. | : | RELATED TO CLAIM NO. 3 |
| | : | |
| MELINDA KAY JURATOVIC; and RONDA | : | |
| J. WINNECOUR, ESQUIRE, CHAPTER 13 | : | |
| TRUSTEE, | : | |
|    Respondents. | | |

## DECLARATION

I hereby certify as counsel for the Debtor that the existing Chapter 13 Plan is adequately funded and that there is no need to file an amended Chapter 13 Plan.

                                                Respectfully submitted,

                                                QUINN, BUSECK, LEEMHUIS, TOOHEY & KROTO, INC.

                                                BY:    /s/Michael S. JanJanin
                                                            Michael S. Jan Janin, Esquire
                                                            PA Id. No. 38880
                                                           2222 West Grandview Boulevard
                                                           Erie, Pennsylvania 16506-4508
                                                           Telephone: 814-833-2222, Extension 1045
                                                           Direct Dial: 814-314-1051
                                                           Facsimile: 814-833-6753
                                                           E-Mail: mjanjanin@quinnfirm.com
                                                           Counsel for Debtor

#1399267

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 17-10396TPA |
| | : | |
| MELINDA KAY JURATOVIC, | : | |
|    Debtor, | : | HON. THOMAS P. AGRESTI |
| | : | |
| PNC BANK, | : | |
|    Movant, | : | CHAPTER 13 |
| | : | |
|    v. | : | RELATED TO CLAIM NO. 3 |
| | : | |
| MELINDA KAY JURATOVIC; and RONDA J. WINNECOUR, ESQUIRE, CHAPTER 13 TRUSTEE, | : | |
|    Respondents. | : | |

**CERTIFICATE OF SERVICE OF DECLARATION**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on October 26, 2020.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: *Electronic Notification via the CM/ECF System.*

Ronda J. Winnecour, Esquire, Chapter 13 Trustee
**cmecf@chapter13trusteewdpa.com**

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

EXECUTED ON: October 26, 2020

                                  Respectfully submitted,

                                  QUINN, BUSECK, LEEMHUIS, TOOHEY & KROTO, INC.

                                  BY:    /s/Michael S. JanJanin
                                         Michael S. Jan Janin, Esquire
                                         PA Id. No. 38880
                                         2222 West Grandview Boulevard
                                         Erie, Pennsylvania  16506-4508
                                         Telephone: 814-833-2222, Extension 1045
                                         Direct Dial: 814-314-1051
                                         Facsimile: 814-833-6753
                                         E-Mail: mjanjanin@quinnfirm.com
                                         Counsel for Debtor

#1399267