UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| | : BANKRUPTCY NO.  17-10396 TPA |
| MELINDA KAY JURATOVIC, | : |
|     Debtor. | : THE HONORABLE THOMAS P. AGRESTI |
| | : |
| MELINDA KAY JURATOVIC, | : CHAPTER 13 |
| | : |
|     Movant, | : |
| | : |
|     v. | : |
| | : |
| NO RESPONDENT. | : |

## CERTIFICATION ABOUT A FINANCIAL MANAGEMENT COURSE

    Attached hereto is Official Form 423, Certification About a Financial Management Course.

                                   Respectfully submitted,

                                   THE QUINN LAW FIRM


                                   BY:    /s/Michael S. JanJanin
                                                Michael S. Jan Janin, Esquire
                                                PA Id. No. 38880
                                                2222 West Grandview Boulevard
                                                Erie, Pennsylvania 16506-4508
                                                Telephone: 814-833-2222
                                                Facsimile: 814-833-6753
                                                E-Mail Address: mjanjanin@quinnfirm.com
                                                Counsel for Debtor

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | *Melinda* | *Kay* | *Juratovic* |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: WESTERN DISTRICT OF PENNSYLVANIA

Case number *17-10396 TPA*
(if known)

# Official Form 423
## Certification About a Financial Management Course                              12/15

**If you are an individual, you must take an approved course about personal financial management if:**
- **you filed for bankruptcy under chapter 7 or 13, or**
- **you filed for bankruptcy under chapter 11 and § 1141 (d)(3) does not apply.**

**In a joint case, each debtor must take the course. 11 U.S.C. §§ 727(a)(11) and 1328(g).**

After you finish the course, the provider will give you a certificate. The provider may notify the court that you have completed the course. If the provider does notify the court, you need not file this form. I the provider does not notify the court, then Debtor 1 and Debtor 2 must each file this form with the certificate number before your debts will be discharged.

- If you filed under chapter 7 and you need to file this form, file it within 60 days after the first date set for the meeting of creditors under § 341 of the Bankruptcy Code.
- If you filed under chapter 11 or 13 and you need to file this form, file it before you make the last payment that your plan requires or before you file a motion for a discharge under § 1141(d)(5)(B) or § 1328(b) of the Bankruptcy Code. Fed. R. Bankr. P. 1007(c).

**In some cases, the court can waive the requirement to take the financial management course. To have the requirement waived, you must file a motion with the court and obtain a court order.**

**Part 1:  Tell the Court About the Required Course.**

*You must check one:*

☒ **I completed an approved course in personal financial management:**

   Date I took the course        *May 20, 2021*

   Name of approved provider     *Advantage Credit Counseling Services, Inc.*

   Certificate Number            *01721-PAW-DE-035689684*

☐ **I am not required to complete a course in personal financial management because the court has granted my motion for a waiver of the requirement based on** *(check one):*

   ☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

   ☐ **Disability.** My physical disability causes me to be unable to complete a course in personal financial management in person, by phone, or through the internet, even after I reasonably tried to do so.

   ☐ **Active duty.** I am currently on active military duty in a military combat zone.

   ☐ **Residence.** I live in a district in which the United States trustee (or bankruptcy administrator) has determined that the approved instructional courses cannot adequately meet my needs.

**Part 2:  Sign Here**

I certify that the information I have provided is true and correct.

X  */s/Melinda Kay Juratovic*                    **Melinda Kay Juratovice**         Date  *May 20, 2021*
   Signature of debtor named on certificate     Printed name of debtor

#1442820

Official Form 423                    **Certification About a Financial Management Course**

Certificate Number: 01721-PAW-DE-035689684

Bankruptcy Case Number: 17-10396



01721-PAW-DE-035689684

## CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 20, 2021, at 8:53 o'clock AM EDT, Melinda Juratovic completed a course on personal financial management given by internet by Advantage Credit Counseling Service, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date: May 20, 2021            By:    /s/Sarah Chechak

                              Name:  Sarah Chechak

                              Title: Counseling