IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: : | BANKRUPTCY NO. 17-10396 TPA |
| : | |
| MELINDA KAY JURATOVIC, : | |
|    Debtor : | HON. THOMAS P. AGRESTI |
| : | |
| PNC BANK, : | |
|    Movant, : | CHAPTER 13 |
| : | |
|       v. : | RELATED TO CLAIM NO. 3 |
| : | |
| MELINDA KAY JURATOVIC; and RONDA : | |
| J. WINNECOUR, ESQUIRE, CHAPTER 13 : | |
| TRUSTEE, : | |
|    Respondents. | |

DECLARATION REGARDING NOTICE OF MORTGAGE PAYMENT CHANGE
FILED IN COMPLIANCE WITH THE LOCAL RULES

    I hereby certify as counsel for the Debtor that the existing Chapter 13 Plan is adequately funded and that there is no need to file an amended Chapter 13 Plan.

                                                    Respectfully submitted,

                                                    QUINN, BUSECK, LEEMHUIS, TOOHEY & KROTO, INC.

                           BY:    /s/Michael S. JanJanin
                                         Michael S. Jan Janin, Esquire
                                         PA Id. No. 38880
                                         2222 West Grandview Boulevard
                                         Erie, Pennsylvania 16506-4508
                                         Telephone: 814-833-2222, Extension 1045
                                         Direct Dial: 814-314-1051
                                         Facsimile: 814-833-6753
                                         E-Mail: mjanjanin@quinnfirm.com
                                         Counsel for Debtor, Melinda Kay Juratovic

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 17-10396 TPA |
| | : | |
| MELINDA KAY JURATOVIC, | : | |
|    Debtor | : | HON. THOMAS P. AGRESTI |
| | : | |
| PNC BANK, | : | |
|    Movant, | : | CHAPTER 13 |
| | : | |
|       v. | : | RELATED TO CLAIM NO. 3 |
| | : | |
| MELINDA KAY JURATOVIC; and RONDA J. WINNECOUR, ESQUIRE, CHAPTER 13 TRUSTEE, | : | |
|    Respondents. | : | |

**CERTIFICATE OF SERVICE OF DECLARATION REGARDING
NOTICE OF MORTGAGE PAYMENT CHANGE**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on October 27, 2021.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: *Electronic Notification via the CM/ECF System.*

Ronda J. Winnecour, Esquire, Chapter 13 Trustee
**cmecf@chapter13trusteewdpa.com**

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

EXECUTED ON: October 27, 2021

        Respectfully submitted,

        QUINN, BUSECK, LEEMHUIS, TOOHEY & KROTO, INC.

        BY:   /s/Michael S. JanJanin
              Michael S. Jan Janin, Esquire
              PA Id. No. 38880
              2222 West Grandview Boulevard
              Erie, Pennsylvania 16506-4508
              Telephone: 814-833-2222, Extension 1045
              Direct Dial: 814-314-1051
              Facsimile: 814-833-6753
              E-Mail: mjanjanin@quinnfirm.com
              Counsel for Debtor, Melinda Kay Juratovic

1471257