Form 300b

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Melinda Kay Juratovic** | : | Case No. 17−10396−TPA |
| *Debtor(s)* | : | Chapter: 13 |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| v. | : | Related to Document No. 85 |
| **No Respondents** | : | |
| *Respondent(s).* | : | Hearing Date: 7/27/22 at 12:00 PM |

## ORDER SCHEDULING DATE FOR RESPONSE
## AND HEARING ON MOTION

*AND NOW,* this *The 25th of May, 2022*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* having been filed at Doc. No. 85, by the Chapter 13 Trustee

It is hereby **ORDERED, ADJUDGED and DECREED** that:

(1) **On or before July 11, 2022**, any *Response*, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 **OR** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

(2) This *Motion* is scheduled for hearing on ***July 27, 2022 at 12:00 PM*** in https://www.zoomgov.com/j/16021303488, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*. See Judge Agresti's Amended Procedures effective 6/10/20 on the Court's Website.

(3) If, after proper service, a Respondent fails to timely file a *Response*, the Court **may** determine that no hearing is required and accordingly enter the order by default. **To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge Thomas P. Agresti refer to the calendar section.** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

Thomas P. Agresti, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                         Case No. 17-10396-TPA
Melinda Kay Juratovic                                        Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1                          User: auto                            Page 1 of 3
Date Rcvd: May 25, 2022                Form ID: 300b                  Total Noticed: 43

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 27, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Melinda Kay Juratovic, 3338 Skellie Avenue, Erie, PA 16510-1922 |
| 14417382 | + | American Education Services, PO BOX 8183, HARRISBURG, PA 17105-8183 |
| 14406098 | + | Guy Thomas Lombardozzi, 2111 Willow Street, Erie, PA 16510-1803 |
| 14658880 | + | Key Bank, ATTENTION: Bankruptcy Department, 4224 Ridge Lea Road, Amherst, NY 14226-1016 |
| 14658878 | + | KeyBank, NA, P.O. Box 94968, Cleveland, OH 44101-4968 |
| 14406107 | + | PNC Mortgage, P.O. Box 3703, Dayton, OH 45401-3703 |
| 14406103 | + | Paul J. Klemm, Esquire, Eltman Law P.C., 101 Hudson Street, 27th Floor, Jersey City, NJ 07302-3915 |
| 14406109 | | Standard Retirement Services, Inc., 900 SW 5th Avenue, Portland, OR 97204-1235 |
| 14406115 | + | Udren Law Offices, P.C., 111 Woodcrest Road, Suite 200, Cherry Hill, NJ 08003-3620 |
| 14406116 | + | Udren Law Offices, P.C., 100 W. Third Avenue, Suite 200, Conshohocken, PA 19428-1879 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: ECMCBKNotices@ecmc.org | May 25 2022 23:57:00 | ECMC, ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| 14406091 | + | Email/Text: bncnotifications@pheaa.org | May 25 2022 23:57:00 | AES, 1200 N. Seventh Street, Harrisburg, PA 17102-1419 |
| 14406090 | + | Email/Text: bncnotifications@pheaa.org | May 25 2022 23:57:00 | AES, P.O. Box 61047, Harrisburg, PA 17106-1047 |
| 14406092 | | Email/Text: bncnotifications@pheaa.org | May 25 2022 23:57:00 | American Education Services, Payment Center, Harrisburg, PA 17130-0001 |
| 14406093 | | Email/Text: BarclaysBankDelaware@tsico.com | May 25 2022 23:57:00 | Barclay's Bank Delaware, P.O. Box 8803, Wilmington, DE 19899-8803 |
| 14406094 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 26 2022 00:01:41 | Capital One Bank (USA), N.A., P.O. Box 71083, Charlotte, NC 28272-1083 |
| 14676927 | | Email/PDF: bncnotices@becket-lee.com | May 26 2022 00:01:45 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14406101 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 26 2022 00:01:47 | Macy's/DSNB, P.O. Box 8218, Mason, OH 45040-8218 |
| 14789211 | | Email/Text: ECMCBKNotices@ecmc.org | May 25 2022 23:57:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 14406096 | | Email/PDF: ais.fpc.ebn@aisinfo.com | May 26 2022 00:01:44 | First Premier Bank, P.O. Box 5524, Sioux Falls, SD 57117-5524 |
| 14406097 | | Email/PDF: ais.fpc.ebn@aisinfo.com | May 26 2022 00:01:34 | First Premier Bank, P.O. Box 5529, Sioux Falls, SD 57117-5529 |
| 14406095 | | Email/PDF: ais.fpc.ebn@aisinfo.com | May 26 2022 00:01:44 | First Premier Bank, 3820 N. Louise Avenue, Sioux Falls, SD 57107-0145 |
| 14406099 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | May 25 2022 23:58:00 | Key Bank, P.O. Box 94722, Cleveland, OH 44101-4722 |

Case 17-10396-TPA  Doc 87  Filed 05/27/22  Entered 05/28/22 00:28:44  Desc Imaged
Certificate of Notice  Page 3 of 4

| District/off: 0315-1 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 25, 2022 | Form ID: 300b | Total Noticed: 43 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14658879 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | May 25 2022 23:58:00 | KeyBank National Association, ATTENTION: Client Services, P.O. Box 5788, OH-01-51-05DF, Cleveland, OH 44101-0788 |
| 14406100 | | Email/Text: PBNCNotifications@peritusservices.com | May 25 2022 23:57:00 | Kohl's/Capital One, P.O. Box 3115, Milwaukee, WI 53201-3115 |
| 14678278 | + | Email/Text: bankruptcydpt@mcmcg.com | May 25 2022 23:58:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 14406102 | + | Email/Text: bankruptcydpt@mcmcg.com | May 25 2022 23:58:00 | Midland Credit Management, Inc., 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 14406104 | | Email/Text: Bankruptcy.Notices@pnc.com | May 25 2022 23:57:00 | PNC Bank, Consumer Loan Center, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 14406105 | | Email/Text: Bankruptcy.Notices@pnc.com | May 25 2022 23:57:00 | PNC Bank National Association, c/of PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14664412 | | Email/Text: Bankruptcy.Notices@pnc.com | May 25 2022 23:57:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14406106 | | Email/Text: Bankruptcy.Notices@pnc.com | May 25 2022 23:57:00 | PNC Mortgage, P.O. Box 1820, Dayton, OH 45401-1820 |
| 14686659 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 26 2022 00:01:35 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14406941 | + | Email/PDF: rmscedi@recoverycorp.com | May 26 2022 00:01:35 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14406108 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 26 2022 00:01:35 | Portfolio Recovery Associates, Inc., Riverside Commerce Center, 120 Corporate Blvd., Norfolk, VA 23502-4952 |
| 14670264 | + | Email/Text: JCAP_BNC_Notices@jcap.com | May 25 2022 23:58:00 | Premier Bankcard, Llc, c o Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14406111 | | Email/PDF: gecsedi@recoverycorp.com | May 26 2022 00:01:20 | SYNCB/Care Credit, P.O. Box 95036, Orlando, FL 32896-5036 |
| 14406112 | | Email/PDF: gecsedi@recoverycorp.com | May 26 2022 00:01:42 | SYNCB/JC Penney's, P.O. Box 965036, Orlando, FL 32896-5036 |
| 14406113 | | Email/PDF: gecsedi@recoverycorp.com | May 26 2022 00:01:20 | SYNCB/Walmart, P.O. Box 965036, Orlando, FL 32896-5036 |
| 14406110 | | Email/Text: bankruptcy@bbandt.com | May 25 2022 23:57:00 | Sun Trust Bank, 1001 Semmes Avenue, P.O. Box 27172, Richmond, VA 23261-7172 |
| 14406114 | | Email/Text: bncmail@w-legal.com | May 25 2022 23:57:00 | TD Bank USA/Target Credit, P.O. Box 673, Minneapolis, MN 55440-0673 |
| 14644571 | + | Email/PDF: ebn_ais@aisinfo.com | May 26 2022 00:01:25 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14406118 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | May 25 2022 23:57:00 | Verizon, Bankruptcy Administration, 500 Technology Drive, Suite 550, Weldon Spring, MO 63304-2225 |
| 14406117 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | May 25 2022 23:57:00 | Verizon, 500 Technology Drive, Suite 300, Weldon Springs, MO 63304-2225 |

TOTAL: 33

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

**Recip ID**     **Bypass Reason**    **Name and Address**

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 3 of 3 |
| Date Rcvd: May 25, 2022 | Form ID: 300b | Total Noticed: 43 |

| | | |
|---|---|---|
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| cr | | PNC Bank, National Association |
| cr | * | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 27, 2022    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 25, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor PNC Bank National Association bnicholas@kmllawgroup.com |
| Elizabeth Lamont Wassall | on behalf of Creditor PNC Bank National Association pabk@logs.com, ewassall@logs.com |
| Michael S. Jan Janin | on behalf of Debtor Melinda Kay Juratovic mjanjanin@quinnfirm.com mboni@quinnfirm.com;mmbquinnbankruptcy@gmail.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 6