| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Melinda Kay Juratovic**<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–5523<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number:   17–10396–TPA | | |

# Order of Discharge                                                                                         12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Melinda Kay Juratovic

7/14/22                                              **By the court:** Thomas P. Agresti
                                                                        United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:   Case No. 17-10396-TPA
Melinda Kay Juratovic   Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: auto     Page 1 of 3
Date Rcvd: Jul 14, 2022     Form ID: 3180W     Total Noticed: 45

The following symbols are used throughout this certificate:
**Symbol  Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 16, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Melinda Kay Juratovic, 3338 Skellie Avenue, Erie, PA 16510-1922 |
| 14417382 | + | American Education Services, PO BOX 8183, HARRISBURG, PA 17105-8183 |
| 14406098 | + | Guy Thomas Lombardozzi, 2111 Willow Street, Erie, PA 16510-1803 |
| 14658880 | + | Key Bank, ATTENTION: Bankruptcy Department, 4224 Ridge Lea Road, Amherst, NY 14226-1016 |
| 14658878 | + | KeyBank, NA, P.O. Box 94968, Cleveland, OH 44101-4968 |
| 14406107 | + | PNC Mortgage, P.O. Box 3703, Dayton, OH 45401-3703 |
| 14406103 | + | Paul J. Klemm, Esquire, Eltman Law P.C., 101 Hudson Street, 27th Floor, Jersey City, NJ 07302-3915 |
| 14406109 | | Standard Retirement Services, Inc., 900 SW 5th Avenue, Portland, OR 97204-1235 |
| 14406115 | + | Udren Law Offices, P.C., 111 Woodcrest Road, Suite 200, Cherry Hill, NJ 08003-3620 |
| 14406116 | + | Udren Law Offices, P.C., 100 W. Third Avenue, Suite 200, Conshohocken, PA 19428-1879 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Jul 15 2022 03:28:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 14 2022 23:30:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Jul 15 2022 03:28:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 14 2022 23:30:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | | Email/Text: ECMCBKNotices@ecmc.org | Jul 14 2022 23:30:00 | ECMC, ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| 14406091 | + | Email/Text: bncnotifications@pheaa.org | Jul 14 2022 23:29:00 | AES, 1200 N. Seventh Street, Harrisburg, PA 17102-1419 |
| 14406090 | + | Email/Text: bncnotifications@pheaa.org | Jul 14 2022 23:29:00 | AES, P.O. Box 61047, Harrisburg, PA 17106-1047 |
| 14406092 | | Email/Text: bncnotifications@pheaa.org | Jul 14 2022 23:29:00 | American Education Services, Payment Center, Harrisburg, PA 17130-0001 |
| 14406093 | | EDI: TSYS2 | Jul 15 2022 03:28:00 | Barclay's Bank Delaware, P.O. Box 8803, Wilmington, DE 19899-8803 |
| 14406094 | | EDI: CAPITALONE.COM | Jul 15 2022 03:28:00 | Capital One Bank (USA), N.A., P.O. Box 71083, Charlotte, NC 28272-1083 |
| 14676927 | | Email/PDF: bncnotices@becket-lee.com | Jul 14 2022 23:33:57 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

| District/off: 0315-1 | | User: auto | | Page 2 of 3 |
|---|---|---|---|---|
| Date Rcvd: Jul 14, 2022 | | Form ID: 3180W | | Total Noticed: 45 |

| | | | | |
|---|---|---|---|---|
| 14406101 | + EDI: CITICORP.COM | Jul 15 2022 03:28:00 | Macy's/DSNB, P.O. Box 8218, Mason, OH 45040-8218 | |
| 14789211 | Email/Text: ECMCBKNotices@ecmc.org | Jul 14 2022 23:30:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 | |
| 14406096 | EDI: AMINFOFP.COM | Jul 15 2022 03:28:00 | First Premier Bank, P.O. Box 5524, Sioux Falls, SD 57117-5524 | |
| 14406097 | EDI: AMINFOFP.COM | Jul 15 2022 03:28:00 | First Premier Bank, P.O. Box 5529, Sioux Falls, SD 57117-5529 | |
| 14406095 | EDI: AMINFOFP.COM | Jul 15 2022 03:28:00 | First Premier Bank, 3820 N. Louise Avenue, Sioux Falls, SD 57107-0145 | |
| 14406099 | + Email/Text: key_bankruptcy_ebnc@keybank.com | Jul 14 2022 23:30:00 | Key Bank, P.O. Box 94722, Cleveland, OH 44101-4722 | |
| 14658879 | + Email/Text: key_bankruptcy_ebnc@keybank.com | Jul 14 2022 23:30:00 | KeyBank National Association, ATTENTION: Client Services, P.O. Box 5788, OH-01-51-05DF, Cleveland, OH 44101-0788 | |
| 14406100 | Email/Text: PBNCNotifications@peritusservices.com | Jul 14 2022 23:29:00 | Kohl's/Capital One, P.O. Box 3115, Milwaukee, WI 53201-3115 | |
| 14678278 | + Email/Text: bankruptcydpt@mcmcg.com | Jul 14 2022 23:30:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 | |
| 14406102 | + Email/Text: bankruptcydpt@mcmcg.com | Jul 14 2022 23:30:00 | Midland Credit Management, Inc., 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 | |
| 14406104 | Email/Text: Bankruptcy.Notices@pnc.com | Jul 14 2022 23:29:00 | PNC Bank, Consumer Loan Center, 2730 Liberty Avenue, Pittsburgh, PA 15222 | |
| 14406105 | Email/Text: Bankruptcy.Notices@pnc.com | Jul 14 2022 23:29:00 | PNC Bank National Association, c/of PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 | |
| 14664412 | Email/Text: Bankruptcy.Notices@pnc.com | Jul 14 2022 23:29:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 | |
| 14406106 | Email/Text: Bankruptcy.Notices@pnc.com | Jul 14 2022 23:29:00 | PNC Mortgage, P.O. Box 1820, Dayton, OH 45401-1820 | |
| 14686659 | EDI: PRA.COM | Jul 15 2022 03:28:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 | |
| 14406941 | + EDI: RECOVERYCORP.COM | Jul 15 2022 03:28:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 | |
| 14406108 | + EDI: PRA.COM | Jul 15 2022 03:28:00 | Portfolio Recovery Associates, Inc., Riverside Commerce Center, 120 Corporate Blvd., Norfolk, VA 23502-4952 | |
| 14670264 | + EDI: JEFFERSONCAP.COM | Jul 15 2022 03:28:00 | Premier Bankcard, Llc, c o Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-7999 | |
| 14406111 | EDI: RMSC.COM | Jul 15 2022 03:28:00 | SYNCB/Care Credit, P.O. Box 95036, Orlando, FL 32896-5036 | |
| 14406112 | EDI: RMSC.COM | Jul 15 2022 03:28:00 | SYNCB/JC Penney's, P.O. Box 965036, Orlando, FL 32896-5036 | |
| 14406113 | EDI: RMSC.COM | Jul 15 2022 03:28:00 | SYNCB/Walmart, P.O. Box 965036, Orlando, FL 32896-5036 | |
| 14406110 | Email/Text: bankruptcy@bbandt.com | Jul 14 2022 23:30:00 | Sun Trust Bank, 1001 Semmes Avenue, P.O. Box 27172, Richmond, VA 23261-7172 | |
| 14406114 | EDI: WTRRNBANK.COM | Jul 15 2022 03:28:00 | TD Bank USA/Target Credit, P.O. Box 673, Minneapolis, MN 55440-0673 | |
| 14644571 | + EDI: AIS.COM | Jul 15 2022 03:28:00 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK | |

| Recip ID | | | Date/Time | Name and Address |
|---|---|---|---|---|
| 14406118 | + | EDI: VERIZONCOMB.COM | Jul 15 2022 03:28:00 | Verizon, Bankruptcy Administration, 500 Technology Drive, Suite 550, Weldon Spring, MO 63304-2225  73118-7901 |
| 14406117 | + | EDI: VERIZONCOMB.COM | Jul 15 2022 03:28:00 | Verizon, 500 Technology Drive, Suite 300, Weldon Springs, MO 63304-2225 |

TOTAL: 37

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| cr | | PNC Bank, National Association |
| cr | * | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 16, 2022         Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 14, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor PNC Bank  National Association bnicholas@kmllawgroup.com |
| Elizabeth Lamont Wassall | on behalf of Creditor PNC Bank  National Association pabk@logs.com, ewassall@logs.com |
| Michael S. Jan Janin | on behalf of Debtor Melinda Kay Juratovic mjanjanin@quinnfirm.com mboni@quinnfirm.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com;quinnbankruptcy2022@gmail.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 6