IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
7/14/22 11:23 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
   MELINDA KAY JURATOVIC

      Debtor(s)

Ronda J. Winnecour
      Movant
  vs.
No Repondents.

Case No.:17-10396 TPA

Chapter 13

Document No.: 85

ORDER OF COURT

AND NOW, this \_\_14th\_\_ day of \_\_July\_\_, 2022\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

*[signature]*
dak
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Melinda Kay Juratovic  
    Debtor

Case No. 17-10396-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: auto      Page 1 of 3  
Date Rcvd: Jul 14, 2022      Form ID: pdf900      Total Noticed: 43

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**  
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 16, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Melinda Kay Juratovic, 3338 Skellie Avenue, Erie, PA 16510-1922 |
| 14417382 | + | American Education Services, PO BOX 8183, HARRISBURG, PA 17105-8183 |
| 14406098 | + | Guy Thomas Lombardozzi, 2111 Willow Street, Erie, PA 16510-1803 |
| 14658880 | + | Key Bank, ATTENTION: Bankruptcy Department, 4224 Ridge Lea Road, Amherst, NY 14226-1016 |
| 14658878 | + | KeyBank, NA, P.O. Box 94968, Cleveland, OH 44101-4968 |
| 14406107 | + | PNC Mortgage, P.O. Box 3703, Dayton, OH 45401-3703 |
| 14406103 | + | Paul J. Klemm, Esquire, Eltman Law P.C., 101 Hudson Street, 27th Floor, Jersey City, NJ 07302-3915 |
| 14406109 | | Standard Retirement Services, Inc., 900 SW 5th Avenue, Portland, OR 97204-1235 |
| 14406115 | + | Udren Law Offices, P.C., 111 Woodcrest Road, Suite 200, Cherry Hill, NJ 08003-3620 |
| 14406116 | + | Udren Law Offices, P.C., 100 W. Third Avenue, Suite 200, Conshohocken, PA 19428-1879 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: ECMCBKNotices@ecmc.org | Jul 14 2022 23:30:00 | ECMC, ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| 14406091 | + | Email/Text: bncnotifications@pheaa.org | Jul 14 2022 23:29:00 | AES, 1200 N. Seventh Street, Harrisburg, PA 17102-1419 |
| 14406090 | + | Email/Text: bncnotifications@pheaa.org | Jul 14 2022 23:29:00 | AES, P.O. Box 61047, Harrisburg, PA 17106-1047 |
| 14406092 | | Email/Text: bncnotifications@pheaa.org | Jul 14 2022 23:29:00 | American Education Services, Payment Center, Harrisburg, PA 17130-0001 |
| 14406093 | | Email/Text: BarclaysBankDelaware@tsico.com | Jul 14 2022 23:30:00 | Barclay's Bank Delaware, P.O. Box 8803, Wilmington, DE 19899-8803 |
| 14406094 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 14 2022 23:33:39 | Capital One Bank (USA), N.A., P.O. Box 71083, Charlotte, NC 28272-1083 |
| 14676927 | | Email/PDF: bncnotices@becket-lee.com | Jul 14 2022 23:33:57 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14406101 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 14 2022 23:33:42 | Macy's/DSNB, P.O. Box 8218, Mason, OH 45040-8218 |
| 14789211 | | Email/Text: ECMCBKNotices@ecmc.org | Jul 14 2022 23:30:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 14406096 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Jul 14 2022 23:33:40 | First Premier Bank, P.O. Box 5524, Sioux Falls, SD 57117-5524 |
| 14406097 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Jul 14 2022 23:33:56 | First Premier Bank, P.O. Box 5529, Sioux Falls, SD 57117-5529 |
| 14406095 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Jul 14 2022 23:33:56 | First Premier Bank, 3820 N. Louise Avenue, Sioux Falls, SD 57107-0145 |
| 14406099 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Jul 14 2022 23:30:00 | Key Bank, P.O. Box 94722, Cleveland, OH 44101-4722 |

| District/off: 0315-1 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 14, 2022 | Form ID: pdf900 | Total Noticed: 43 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14658879 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Jul 14 2022 23:30:00 | KeyBank National Association, ATTENTION: Client Services, P.O. Box 5788, OH-01-51-05DF, Cleveland, OH 44101-0788 |
| 14406100 | | Email/Text: PBNCNotifications@peritusservices.com | Jul 14 2022 23:29:00 | Kohl's/Capital One, P.O. Box 3115, Milwaukee, WI 53201-3115 |
| 14678278 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 14 2022 23:30:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 14406102 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 14 2022 23:30:00 | Midland Credit Management, Inc., 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 14406104 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 14 2022 23:29:00 | PNC Bank, Consumer Loan Center, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 14406105 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 14 2022 23:29:00 | PNC Bank National Association, c/of PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14664412 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 14 2022 23:29:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14406106 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 14 2022 23:29:00 | PNC Mortgage, P.O. Box 1820, Dayton, OH 45401-1820 |
| 14686659 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 14 2022 23:33:56 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14406941 | + | Email/PDF: rmscedi@recoverycorp.com | Jul 14 2022 23:33:57 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14406108 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 14 2022 23:33:49 | Portfolio Recovery Associates, Inc., Riverside Commerce Center, 120 Corporate Blvd., Norfolk, VA 23502-4952 |
| 14670264 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 14 2022 23:30:00 | Premier Bankcard, Llc, c o Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14406111 | | Email/PDF: gecsedi@recoverycorp.com | Jul 14 2022 23:33:39 | SYNCB/Care Credit, P.O. Box 95036, Orlando, FL 32896-5036 |
| 14406112 | | Email/PDF: gecsedi@recoverycorp.com | Jul 14 2022 23:33:46 | SYNCB/JC Penney's, P.O. Box 965036, Orlando, FL 32896-5036 |
| 14406113 | | Email/PDF: gecsedi@recoverycorp.com | Jul 14 2022 23:33:54 | SYNCB/Walmart, P.O. Box 965036, Orlando, FL 32896-5036 |
| 14406110 | | Email/Text: bankruptcy@bbandt.com | Jul 14 2022 23:30:00 | Sun Trust Bank, 1001 Semmes Avenue, P.O. Box 27172, Richmond, VA 23261-7172 |
| 14406114 | | Email/Text: bncmail@w-legal.com | Jul 14 2022 23:30:00 | TD Bank USA/Target Credit, P.O. Box 673, Minneapolis, MN 55440-0673 |
| 14644571 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 14 2022 23:33:41 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14406118 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jul 14 2022 23:29:00 | Verizon, Bankruptcy Administration, 500 Technology Drive, Suite 550, Weldon Spring, MO 63304-2225 |
| 14406117 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jul 14 2022 23:29:00 | Verizon, 500 Technology Drive, Suite 300, Weldon Springs, MO 63304-2225 |

TOTAL: 33

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

**Recip ID    Bypass Reason    Name and Address**

| | | |
|---|---|---|
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| cr | | PNC Bank, National Association |
| cr | * | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2022    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 14, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor PNC Bank  National Association bnicholas@kmllawgroup.com |
| Elizabeth Lamont Wassall | on behalf of Creditor PNC Bank  National Association pabk@logs.com, ewassall@logs.com |
| Michael S. Jan Janin | on behalf of Debtor Melinda Kay Juratovic mjanjanin@quinnfirm.com mboni@quinnfirm.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com;quinnbankruptcy2022@gmail.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 6